IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**BILLY SMITH**                                                                   **PLAINTIFF**

**V.**                                              CIVIL ACTION NO.:   3:18-cv-538-CWR-FKB

**QUALITY PRINTING, INC.**                                                 **DEFENDANT**

---

**COMPLAINT**
**JURY TRIAL DEMANDED**

---

**COMES NOW** the Plaintiff, Billy Smith, by and through his counsel, Watson & Norris,

PLLC, and files this action to recover damages for violations of his rights under Title VII of the Civil

Rights Act of 1964, as amended, and 42 U.S.C. § 1981 against Defendant, Quality Printing.  In

support of this cause, the Plaintiff would show unto the Court the following facts to-wit:

**PARTIES**

1.     Plaintiff, Billy Smith, is an adult African American male residing in Hinds

County, Mississippi.

2.     Defendant, Quality Printing, Inc., may be served with process through their

registered agent: Robert A. Mahaffey, 224 South Gallatin Street, Jackson, Mississippi 39203.

**JURISDICTION AND VENUE**

3.     This court has civil rights and federal question jurisdiction for a cause of action

arising under Title VII of the Civil Rights Act of 1964.

4.     This Court has personal and subject matter jurisdiction over the Defendant and

venue is proper in this Court.

5.     Plaintiff timely filed a Charge of Discrimination with the EEOC, a true and

correct copy of which is attached as Exhibit "A." The EEOC issued a Notice of Right to Sue on May 23, 2018, a true and correct copy of which is attached as Exhibit "B." Plaintiff timely files this cause of action within ninety (90) days of receipt of his Notice of Right to Sue.

## STATEMENT OF THE FACTS

6.     Plaintiff is a 52 year old black male.

7.     Plaintiff was hired by the Defendant in January, 2015.

8.     Plaintiff was employed with the Defendant as a Janitor.

9.     When Plaintiff was hired, Plaintiff job duties were dumping trash and cleaning one building.

10.     Plaintiff's job duties soon progressed to dumping trash in four building, mowing grass and pulling grass, planting flowers, racking the garden, running errands, unloading trucks, and helping whomever with their work.

11.     The owner, Bob Mahaffey, would talk in a derogatory manner to Plaintiff.

12.     If someone asked Plaintiff a questions, Bob Mahaffey would yell, "what are you asking him for, he ain't nothing but a janitor."

13.     When a Caucasian would come in the building and Plaintiff was present, Bob Mahaffey would yell at Plaintiff and tell him to go find something to do.

14.     On one occasion, Mr. Bob Mahaffey called Plaintiff a "Nigger." Bob Mahaffey stated, "I told Tim not to hire that nigger." Tim Mahaffey is the son of Bob Mahaffey.

15.     Kevin Mahaffey, another son of Bob Mahaffey, followed Plaintiff outside and apologized to Plaintiff saying that his dad was "just stuck in his old ways."

16.     On another occasion, Bob Mahaffey referred to Plaintiff as a "Nigger," while

having a conversation with another employee.

17.    On December 28, 2015, Plaintiff ran an errand for the Defendant to get some supplies.  When Plaintiff returned, Mr. Mahaffey's son fired Plaintiff.

18.    Plaintiff was fired for "leaving."

19.    Plaintiff was replaced with a Caucasian male, who only dumps trash and cleans the front office.

20.    As such, Defendant has unlawfully discriminated against Plaintiff because of his race, black, through wrongful termination, in violation of Title VII of the Civil Rights of 1964, as amended, and 42 U.S.C. § 1981.

## CAUSES OF ACTION

### COUNT ONE: VIOLATIONS OF TITLE VII and 42 U.S.C. § 1981/ RACE DISCRIMINATION

21.    Plaintiff incorporates the above paragraphs 1 through 20 as though specifically set forth herein and alleges as follows:

22.    Plaintiff has been discriminated against in the terms and conditions of his employment on the basis of his race, black, and has been subjected to a racially hostile work environment by Defendant.

23.    Plaintiff has suffered adverse employment action, termination, as a result of the Defendant's racially discriminatory treatment of Plaintiff.

24.    Plaintiff has been harmed as a result of the Defendant's discrimination, and the Defendant is liable to the Plaintiff for the same.

**WHEREFORE PREMISES CONSIDERED**, Plaintiff respectfully prays that upon hearing of this matter by a jury, the Plaintiff be granted the following relief in an amount to be determined

by the jury:

1.    Reinstatement or front pay in lieu of reinstatement;
2.    Back pay;
3.    Compensatory damages;
4.    Punitive damages;
5.    Attorney's fees;
6.    Costs and expenses; and
7.    Any other relief to which he may be properly entitled.

THIS the ___14th___ day of August, 2018.

Respectfully submitted,

BILLY SMITH, PLAINTIFF

By:_____
Louis H. Watson, Jr.  (MB# 9053)
Nick Norris (MB#101574)
Attorneys for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
1880 Lakeland Drive, Suite G
Jackson, Mississippi 39216-4972
Telephone: (601) 968-0000
Facsimile:  (601) 968-0010
Email: louis@watsonnorris.com
          nick@watsonnorris.com